**CENTRAL GREEN COMPANY, a California Limited Partnership, Plaintiff–Appellant,**

v.

**UNITED STATES of America; Madera Irrigation District, Defendants–Appellees.**

No. 97–17321.

United States Court of Appeals, Ninth Circuit.

Filed March 30, 2001

Before: HUG, B. FLETCHER and TROTT, Circuit Judges.

### ORDER

The judgment of this court published at 177 F.3d 834, 839 (1999) is reversed and the case remanded to he district court for further proceedings consistent with the opinion of the Supreme Court of the United States in *Central Green Co. v. United*

*States,* 531 U.S. 425, 121 S.Ct. 1005, 148 L.Ed.2d 919 (2001).